IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RAY CHRIS MOBLEY,**

    Plaintiff,

v.        Case No.   3:11cv270/MCR/CJK

**SANTA ROSA COUNTY SHERIFF'S
OFFICE MAIL PERSONNEL AND
ADMINISTRATION,**

    Defendant.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 17, 2012 (doc. 10).  The plaintiff has been provided with a copy of the Report and Recommendation and afforded an opportunity to opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) for plaintiff's failure to state a claim on which relief may be granted.

    3.    The Clerk is directed to close the file.

DONE AND ORDERED this 22nd day of March, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**